# RETURN

Case No.: 22-07256MB

☒ FILED  ☐ LODGED

Jun 28 2022

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5/9/2022 | 5/12/2022 0900 | Villasenor @ 1627 E. Calle Salamanca |

INVENTORY MADE IN THE PRESENCE OF

Villasenor

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

— 1 2014 Nissan GTR 2 door coupe

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/12/2022

_____
Executing Officer's Signature

SA Conan Beach
Printed Name and Title